**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter   11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).** **For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Axis Energy Partners, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | Axis LED Lighting |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 45-3952405 |

| | |
|---|---|
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3604 Fair Oaks Blvd <br> Ste. 120 <br> Sacramento, CA 95864 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Sacramento | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: |

| Debtor | Axis Energy Partners, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  4236

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | Axis Energy Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**████ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

2/07/18  5:09PM

Debtor    Axis Energy Partners, LLC                        Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 7, 2018
               MM / DD / YYYY

**X** /s/ Kevin Terry                                    Kevin Terry
Signature of authorized representative of debtor          Printed name

Title    CFO

**18. Signature of attorney**    **X** /s/ Stephen M. Reynolds          Date  February 7, 2018
                                  Signature of attorney for debtor             MM / DD / YYYY

Stephen M. Reynolds
Printed name

Reynolds Law Corporation
Firm name

424 Second Street
Suite A
Davis, CA 95616
Number, Street, City, State & ZIP Code

Contact phone  _____    Email address  _____

148902
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Axis Energy Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐　*Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐　*Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐　*Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐　*Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐　*Schedule H: Codebtors* (Official Form 206H)
☐　*Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐　Amended *Schedule*
☐　*Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐　Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 7, 2018___     **X** /s/ Kevin Terry
                                         Signature of individual signing on behalf of debtor

                                         Kevin Terry
                                         Printed name

                                         CFO
                                         Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Axis Energy Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ATG Electronics Corporation 10700 7th Street Rancho Cucamonga, CA 91730 | | | | | | $26,314.27 |
| Bay Alarm Systems 3475 Orange Grove Avenue North Highlands, CA 95660 | | | | | | $32,010.44 |
| Best Lighting Products 1213 Etna Parkway Pataskala, OH 43062 | | inventory | | | | $17,149.20 |
| Capital Investments and Loans Inc. 1731 Howe Avenue Suite 652 Sacramento, CA 95825 | | | | | | $32,817.77 |
| CH Lighting SH Corp Limited N06045 Hutai Road Shanghai, China | | | | | | $100,950.40 |
| EBF Partners, LLC 5 West 37th Street 2nd Floor New York, NY 10018 | | trade debt | | | | $61,885.00 |

2/07/18 5:09PM

| Debtor | Axis Energy Partners, LLC | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EBF Partners, LLC 5 West 37th Street 2nd Floor New York, NY 10018 | | | | $47,612.00 | $0.00 | $47,612.00 |
| Envision Development Services, Inc. 1731 Howe Avenue, Suite 652 Sacramento, CA 95825 | | | | | | $27,056.27 |
| Federal Express P.O. Box 7321 Pasadena, CA 91109-7321 | | | | | | $12,242.81 |
| Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257-0511 | | | | | | $11,992.84 |
| Funding Metrics, LLC (Lendini) 884 Town Center Drive Langhorne, PA 19047 | | | | $89,126.00 | $0.00 | $89,126.00 |
| Golden Pacific Bank 980 9th Street Sacramento, CA 95814 | | | | | | $29,784.59 |
| Golden Pacific Bank NA 980 9th Street Suite 100 Sacramento, CA 95814 | | Inventory, Accounts, Furniture & Fixtures | | $2,660,509.04 | $869,516.52 | $1,790,992.52 |
| Karlin Howe Hurley 700 University Avenue, Suite 100 Sacramento, CA 95825 | | | | | | $300,000.00 |
| Karlin Howe Hurley, LLC c/o Essex Realty Management, Inc. 1111 Howe Avenue, Ste. 550 Sacramento, CA 95825 | | leased premises never occupied | Contingent Disputed | | | $63,688.00 |

Debtor    Axis Energy Partners, LLC       Case number (if known) _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| On Deck Capital, Inc. c/o Gurstel Law Firm P.C. 1275 E Fort Union Blvd Ste. 116 Midvale, UT 84047 | | | Contingent Disputed | | | $57,150.00 |
| PayPal Credit PayPal Working Capital Attn: Executive Escalation PO Box 5018 Timonium, MD 21094 | | | | | | $11,747.09 |
| TVT Capital LLC | | | | $39,765.00 | $0.00 | $39,765.00 |
| UPS P.O. Box 894820 Los Angeles, CA 90189-4820 | | | | | | $18,195.46 |
| Yellowstone Capital 160 Pearl Street, 5th floor New York, NY 10005 | | | | | | $76,306.00 |

2/07/18 5:09PM

**Fill in this information to identify the case:**

Debtor name    Axis Energy Partners, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
       Copy line 88 from *Schedule A/B*...............................................................................   $             0.00

     **1b. Total personal property:**
       Copy line 91A from *Schedule A/B* ........................................................................   $    1,142,215.39

     **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................   $    1,142,215.39

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    2,840,645.99

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $       11,112.70

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    1,022,523.23

4.   **Total liabilities** ..............................................................................................
     Lines 2 + 3a + 3b                         $    3,874,281.92

2/07/18 5:09PM

Fill in this information to identify the case:

Debtor name  Axis Energy Partners, LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | California Bank & Trust | Checking | 7083 | $0.00 |
| 3.2. | Union Bank | Checking | 1523 | $812.31 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$812.31

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Golden Pacific Bank | $0.00 |
| --- | --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Axis Energy Partners, LLC
_____          Case number *(if known)* _____
          Name

9.    **Total of Part 2.**                                                                    | $0.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:          76,376.00          –          0.00    = ....          $76,376.00
                              **face amount**                    **doubtful or uncollectible accounts**


       11b. Over 90 days old:          158,585.56          –          0.00    = ....          $158,585.56
                              **face amount**                    **doubtful or uncollectible accounts**


12.    **Total of Part 3.**                                                                    | $234,961.56 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |
|        Inventory | | $869,516.52 | | $869,516.52 |

23.    **Total of Part 5.**                                                                    | $869,516.52 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Axis Energy Partners, LLC                    Case number *(if known)* _____
          Name

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** <br> Includes unused workstations and furniture for 1111 Howe | $52,994.13 | Liquidation | $15,000.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers & Software, includes Salesforce Installation | $22,735.98 | Liquidation | $5,000.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                    | $20,000.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

2/07/18 5:09PM

| Debtor | Axis Energy Partners, LLC | Case number *(If known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

| | | | | | |
|--|--|--|--|--|--|
| 47.1. | 2007 Dodge Truck, License 7Y88050, 130,000 miles Debtor's opinion of value informed by nada.com Regular cab, two wheel drive, gasoline | | $7,200.00 | Comparable sale | $7,925.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|--|--|--|--|
| Toyota Forklift | $10,500.00 | Recent cost | $7,500.00 |
| warehouse equipment | $4,663.43 | Liquidation | $1,500.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $16,925.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC             Case number *(If known)* _____
        Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $812.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $234,961.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $869,516.52 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,925.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,142,215.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,142,215.39 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

2/07/18  5:09PM

Fill in this information to identify the case:

Debtor name    Axis Energy Partners, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** EBF Partners, LLC<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | $47,612.00 | $0.00 |
| 5 West 37th Street<br>2nd Floor<br>New York, NY 10018<br>Creditor's mailing address | | | |
| | **Describe the lien**<br>Non-Purchase Money Security | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>7/29/16 | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Funding Metrics, LLC (Lendini)<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | $89,126.00 | $0.00 |
| 884 Town Center Drive<br>Langhorne, PA 19047<br>Creditor's mailing address | | | |
| | **Describe the lien**<br>Non-Purchase Money Security | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>6/21/16 | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC        Case number (if know) _____
        Name

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Golden Pacific Bank NA** | **Describe debtor's property that is subject to a lien** | $2,660,509.04 | $869,516.52 |

Creditor's Name

980 9th Street
Suite 100
Sacramento, CA 95814

Creditor's mailing address

Inventory, Accounts, Furniture & Fixtures

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/25/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **On Deck Capital** | **Describe debtor's property that is subject to a lien** | $0.00 | $52,500.00 |

Creditor's Name

901 N Stuart Street
Ste. 700
Attn: Director or Operation
Arlington, VA 22203

Creditor's mailing address

A/R, all assets

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/15/16

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **TVT Capital LLC** | **Describe debtor's property that is subject to a lien** | $39,765.00 | $0.00 |

Creditor's Name

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

---

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC                          Case number (if know) _____
          Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| 1/22/16 | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| **2.6** Wilco Source, LLC | **Describe debtor's property that is subject to a lien** | $3,633.95 | $0.00 |
|---|---|---|---|
| Creditor's Name | | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | Non-Purchase Money Security |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| 9/15/16 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $2,840,645.99

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Wiseblood Law Offices of David Wiseblood 601 Montgomery, Suite 2000 San Francisco, CA 94111 | Line   2.3 | |
| Zwicker & Associates 80 Minuteman Road Andover, MA 01810-1031 | Line   2.4 | 3938 |

2/07/18 5:09PM

**Fill in this information to identify the case:**

Debtor name        Axis Energy Partners, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:       List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Calif Dept of Tax and Fee<br>Administration<br>Special Ops Bankruptcy Team<br>MIC:74<br>PO Box 8192<br>Pleasanton, CA 94588-8792 | $11,112.70 | $11,112.70 |
|  | Date or dates debt was incurred | | |
|  | Last 4 digits of account number | | |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Basis for the claim: | | |
|  | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

| **2.2** | Priority creditor's name and mailing address<br>Employment Development<br>Department<br>PO Box 826215 MIC 3A<br>Sacramento, CA 94230-6215 | $0.00 | $0.00 |
|---|---|---|---|
|  | Date or dates debt was incurred | | |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Basis for the claim: | | |
|  | Last 4 digits of account number | | |
|  | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

2/07/18  5:09PM

| Debtor | Axis Energy Partners, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
for notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.80 |
|---|---|---|---|

Uline Shipping Supply Specialists
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,154.74 |
|---|---|---|---|

Altech Electronics c/o Interstate
Capita
P.O. Box 915183
Dallas, TX 75391

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

Apex Pest Control
4541 Harlin Drive
Sacramento, CA 95826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

ASSN Company, as Rep

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/11/16

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,314.27 |
|---|---|---|---|

ATG Electronics Corporation
10700 7th Street
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

2/07/18 5:09PM

**Debtor**   Axis Energy Partners, LLC      **Case number** (if known) _____
Name

| | |
|---|---|
| **3.6** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $32,010.44 |
| Bay Alarm Systems | ☐ Contingent |
| 3475 Orange Grove Avenue | ☐ Unliquidated |
| North Highlands, CA 95660 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** ___ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.7** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $17,149.20 |
| Best Lighting Products | ☐ Contingent |
| 1213 Etna Parkway | ☐ Unliquidated |
| Pataskala, OH 43062 | ☐ Disputed |
| **Date(s) debt was incurred** December 2017 | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** _inventory_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.8** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $6,000.00 |
| Blue Book Building Network c/o | ☐ Contingent |
| McCarthy | ☐ Unliquidated |
| 26000 Cannon Road | ☐ Disputed |
| Bedford, OH 44146 | |
| **Date(s) debt was incurred** ___ | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** ___ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.9** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $166.68 |
| California Bank & Trust | ☐ Contingent |
| 11622 El Camino Real, Ste. 200 | ☐ Unliquidated |
| San Diego, CA 92130 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** _bank fees and charges_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.10** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $32,817.77 |
| Capital Investments and Loans Inc. | ☐ Contingent |
| 1731 Howe Avenue Suite 652 | ☐ Unliquidated |
| Sacramento, CA 95825 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** ___ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.11** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| Capital Investments and Loans Inc. | ■ Contingent |
| 1731 Howe Avenue Suite 652 | ☐ Unliquidated |
| Sacramento, CA 95825 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** _Member Fifth & Richards Investor Group,_ _LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.12** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $100,950.40 |
| CH Lighting SH Corp Limited | ☐ Contingent |
| N06045 Hutai Road | ☐ Unliquidated |
| Shanghai, China | ☐ Disputed |
| **Date(s) debt was incurred** ___ | |
| **Last 4 digits of account number** ___ | **Basis for the claim:** ___ |
| | Is the claim subject to offset? ■ No ☐ Yes |

2/07/18  5:09PM

Debtor    Axis Energy Partners, LLC
          Name                                                    Case number (if known) _____

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Comcast<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,112.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Comcast Voice Edge<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $917.22 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** _4357_ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Commerce Technologies Inc.<br>25736 Network Place<br>Chicago, IL 60673-1257 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $778.60 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>Corp Counsel Funding Metrics dba<br>Lendini<br>884 Town Center Drive<br>Langhorne, PA 19047 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>Credit Safe<br>P.O. Box 789985<br>Philadelphia, PA 19178-9985 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,350.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>CT Lien Solutions<br>P.O. Box 301133<br>Dallas, TX 75303 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>EBF Partners, LLC<br>5 West 37th Street<br>2nd Floor<br>New York, NY 10018 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61,885.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** _trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>Envision Development Services, Inc.<br>1731 Howe Avenue, Suite 652<br>Sacramento, CA 95825 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,056.27 |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC                          Case number (if known) _____
         Name

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.21** **Nonpriority creditor's name and mailing address**
Envision Development Services, Inc.
1731 Howe Avenue, Suite 652
Sacramento, CA 95825

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $0.00
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member Fifth & Richards Investor Group,
LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
ESBF California
4055 NW 97th Avenue, 1st Floor
Miami, FL 33178

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
Eway LED
Bldg. D, 6th floor, Technology Park
II
399 Hongmen, JiHua Road, Banktian
Longang District, Shenzhen, China,
51812

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $8,485.14
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
Fanlight Corp. Inc. dba Plusrite
USA
2000 Southgrove Ave.
Bldg. B
Ontario, CA 91761

Date(s) debt was incurred  June 2017
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $10,824.73
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
Federal Express
P.O. Box 7321
Pasadena, CA 91109-7321

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $12,242.81
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
Flemmer, Warren & Maritta
121 Comer Drive
Lawrenceburg, TN 38464

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $0.00
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member Fifth & Richards Investor Group,
LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                          $11,992.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

2/07/18  5:09PM

| Debtor | Axis Energy Partners, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

George & Carol Brown
35559 Blue Lake Circle
Stockton, CA 95219

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Member Fifth & Richards Investor Group, LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,920.00

GLL USA
206 E. Jericho Turnpike
Mineola, NY 11501

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,784.59

Golden Pacific Bank
980 9th Street
Sacramento, CA 95814

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $931.56

HealthSmart Benefit Group
10303 E. Dry Creek Road, #200
Englewood, CO 80112

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $205.00

Hue & Cry Inc.
6009 Auburn Blvd., Suite 100
Citrus Heights, CA 95621

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,235.00

I-Business Network LLC
2617 Sandy Plains Road, Suite B
Marietta, GA 30066

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,859.85

iQventures, LLC
278 North 5th Street
Columbus, OH 43215

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC                        Case number (if known) _____
          Name

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

IR-TEC America, Inc.
590 W. Central Avenue, Suite C
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300,000.00 |
|---|---|---|---|

Karlin Howe Hurley
700 University Avenue, Suite 100
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63,688.00 |
|---|---|---|---|

Karlin Howe Hurley, LLC
c/o Essex Realty Management, Inc.
1111 Howe Avenue, Ste. 550
Sacramento, CA 95825

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**  Jan. 2015

**Last 4 digits of account number** ___

**Basis for the claim:**  leased premises never occupied

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,407.49 |
|---|---|---|---|

LA Commerical
c/o Jessica Lemoine
Attorney at Law
PO Box 251450
Glendale, CA 91225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  purchased Rexmoore account

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $798.00 |
|---|---|---|---|

Madsen Roofing & Waterproofing Inc.
P.O. Box 227730
5960 Bradshaw Road
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Manassero Insurance Profit Sharing
Plan
PO Box 575
Sutter Creek, CA 95685

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Member Fifth & Richards Investor Group, LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Margarette Laargoue
5691 Stoney Point Road
Cotati, CA 94931

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Member Fifth & Richards Investor Group, LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC                          Case number (if known)
          Name

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,126.49 |
|---|---|---|---|

MIQ Logistics
100 Produce Avenue, Suite B
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,664.00 |
|---|---|---|---|

Nebulite Technology Inc.
13905 Magnolia Avenue
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

New Earth Lighting
20101 S. Santa Fe Avenue
Rancho Dominguez, CA 90221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,150.00 |
|---|---|---|---|

On Deck Capital, Inc.
c/o Gurstel Law Firm P.C.
1275 E Fort Union Blvd Ste. 116
Midvale, UT 84047

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,711.57 |
|---|---|---|---|

Paychex Inc.
1175 John Street
West Henrietta, NY 14586

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** payroll services

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,747.09 |
|---|---|---|---|

PayPal Credit
PayPal Working Capital
Attn:  Executive Escalation
PO Box 5018
Timonium, MD 21094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Phyllis Lowe, Trustee
1407 Pierce Court
Placerville, CA 95667

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Member Fifth & Richards Investor Group, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC                          Case number (if known) _____
         Name

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Rexmoore<br>6001 Outfall Circle<br>Sacramento, CA 95828 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $677.00 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Robert Ruport, Trustee<br>524 Woodside Drive<br>Woodland, CA 95695 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** Member Fifth & Richards Investor Group, LLC<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Salesforce<br>PO Box 203141<br>Dallas, TX 75320-3141 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,050.70 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>SAP/Sapphire Systems, Inc.<br>405 Lexington Avenue, 46th Floor<br>Chrysler Building<br>New York, NY 10174 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,105.00 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** small claims judgment<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Sig-1 Inc.<br>6317 Elvas Avenue<br>Sacramento, CA 95819 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $459.60 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>Simplus Corp.<br>9350 South 150 E., Suite 220<br>Sandy, UT 84070 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,337.00 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>Smud<br>P.O. Box 15555<br>Sacramento, CA 95852-1830 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $643.87 |
|------|---|---|---|
|  | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

2/07/18  5:09PM

Debtor    Axis Energy Partners, LLC                                    Case number (if known)
          Name

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $189.00 |
|---|---|---|---|

True Commerce
P.O. Box 6199
Minneapolis, MN 55485-6199

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

TVT Capital LLC c/o RTR Recovery
LLC
122 E. 42nd Street, Suite 2112
New York, NY 10168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,762.25 |
|---|---|---|---|

TW Lighting

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,613.00 |
|---|---|---|---|

UL LLC
75 Remittance Drive, Suite 1524
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,195.46 |
|---|---|---|---|

UPS
P.O. Box 894820
Los Angeles, CA 90189-4820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,605.00 |
|---|---|---|---|

USA Management Services, Inc.
PO Box 2772
Lodi, CA 95241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 18, 2017

**Last 4 digits of account number** ___

**Basis for the claim:** small claims judgement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,555.18 |
|---|---|---|---|

USA Management Systems, Inc.
927 Black Diamond Way
Lodi, CA 95240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC
         Name

Case number (if known) _____

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.63** Nonpriority creditor's name and mailing address
Valley Pharmacy Money Purchase Plan
8605 Woodrock Way
Granite Bay, CA 95746

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Member Fifth & Richards Investor Group,_
_LLC_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address
Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*            $191.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address
Wilco Source, LLC
963 Transport Way
Ste 7
Petaluma, CA 94954

**Date(s) debt was incurred** _August 3, 2016_
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*            $3,633.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _small claims judgement_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address
Yellowstone Capital
160 Pearl Street, 5th floor
New York, NY 10005

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*            $76,306.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address
YRC Freight
P.O. Box 100129
Pasadena, CA 91189

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*            $3,595.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Andrew Kim<br>3131 Eastside Street #350<br>Houston, TX 77098 | Line _3.19_<br>☐ Not listed. Explain _____ | ___ |
| **4.2** California Bank & Trust<br>11622 El Camino Real, Ste. 200<br>San Diego, CA 92130 | Line _3.9_<br>☐ Not listed. Explain _____ | ___ |
| **4.3** On Deck Capital, Inc.<br>1400 BROADWAY<br>25TH FLOOR<br>New York, NY 10018 | Line _3.45_<br>☐ Not listed. Explain _____ | ___ |

2/07/18  5:09PM

| Debtor | Axis Energy Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | Paychecx<br>P.O. Box 4482<br>Carol Stream, IL 60197-4482 | Line  3.46<br><br>☐ Not listed. Explain _____ | ___ |
| 4.5 | Wilson Xiong Claims & Legal Dept<br>Shenzen Branch, China Export & Credit In<br>34/F, Avic Center, No 1018 Huafu Rd<br>Futian District, Shenzhen,<br>PR China   51803-1000 | Line  3.23<br><br>☐ Not listed. Explain _____ | ___ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $            11,112.70 |
| **5b. Total claims from Part 2** | 5b.  + | $         1,022,523.23 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $          1,033,635.93 |

2/07/18 5:09PM

**Fill in this information to identify the case:**

Debtor name        Axis Energy Partners, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | customer order in process |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Army & Air Force Exchange<br>5443 dudley Blvd. Bldg. 911<br>McClellan, CA 95652-1128 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | customer order in process |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Bednark Electric, Inc.<br>3269 12th Street SE<br>Saint Cloud, MN 56304-9792 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | customer order in process |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ecosmart<br>5675 South Boyle Ave<br>Los Angeles, CA 90058 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | customer order in process |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | JR Bernolhr Architects<br>133 Defense Highway<br>Ste. 204<br>Annapolis, MD 21401 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

2/07/18  5:09PM

Debtor 1   Axis Energy Partners, LLC
       First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | database management contract, debtor would prefer to reduce number of salespeople covered |
| | State the term remaining | |
| | List the contract number of any government contract | Salesforce<br>PO Box 203141<br>Dallas, TX 75320-3141 |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | customer order in process |
| | State the term remaining | |
| | List the contract number of any government contract | St Michaels Episcopal Church<br>2140 Madison Avenue<br>Carmichael, CA 95608 |

2/07/18 5:09PM

**Fill in this information to identify the case:**

Debtor name _____ Axis Energy Partners, LLC _____

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.
Column 1: **Codebtor**                                         Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Fifth and Richards Investor Group LLC | 1731 Howe Avenue Ste. 652 Sacramento, CA 95825 | Golden Pacific Bank NA | ■ D ___ 2.3 ___ ☐ E/F ___ ☐ G ___ |
| 2.2 | Kevin Terry | 1731 Howe Ave Ste 652 Sacramento, CA 95825 | On Deck Capital, Inc. | ☐ D ___ ■ E/F ___ 3.45 ___ ☐ G ___ |
| 2.3 | Kevin Terry | 1731 Howe Ave Ste. 652 Sacramento, CA 95825 | TVT Capital LLC | ■ D ___ 2.5 ___ ☐ E/F ___ ☐ G ___ |
| 2.4 | Kevin Terry | 1731 Howe Ave Ste 652 Sacramento, CA 95825 | Golden Pacific Bank NA | ■ D ___ 2.3 ___ ☐ E/F ___ ☐ G ___ |

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC                    Case number *(if known)* _____

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                   *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | Kevin Terry | 1731 Howe Ave<br>Ste 652<br>Sacramento, CA 95825 | EBF Partners, LLC | ▮<br>D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Kevin Terry | 1731 Howe Ave<br>Ste 652<br>Sacramento, CA 95825 | Karlin Howe<br>Hurley, LLC | ☐ D _____<br>▮<br>E/F    3.37<br>☐ G _____ |
| 2.7 | Kevin Terry | 1731 Howe Ave<br>Ste 652<br>Sacramento, CA 95825 | On Deck Capital | ▮<br>D    2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Kevin Terry | 1731 Howe<br>Ste 652<br>Sacramento, CA 95825 | Funding Metrics,<br>LLC (Lendini) | ▮<br>D    2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Kevin Terry | 1731 Howe Ave<br>Ste 652<br>Sacramento, CA 95825 | EBF Partners, LLC | ☐ D _____<br>▮<br>E/F    3.19<br>☐ G _____ |

2/07/18 5:09PM

**Fill in this information to identify the case:**

Debtor name　Axis Energy Partners, LLC

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　＿＿＿＿＿＿＿＿＿＿＿

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:　Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From  1/01/2018 to Filing Date | ■ Operating a business ☐ Other | $73,826.01 |
   | For prior year: From  1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other | $1,489,720.54 |
   | For year before that: From  1/01/2016 to 12/31/2016 | ■ Operating a business ☐ Other | $2,104,145.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:　List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

2/07/18  5:09PM

Debtor    Axis Energy Partners, LLC                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  See Attachment SOFA 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Attachment SOFA No. 4 | | $0.00 | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  On Deck Capital, Inc.,<br>v Axis Energy Partners,<br>LLC<br>179909184 | collection | Salt Lake City<br>District Court<br>450 South State<br>Street,<br>P.O. Box 1860<br>Salt Lake City, UT<br>84114-1860 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  CH Lighting SH Corp,<br>Limited v Axis Energy<br>Partners LLC<br>34-2016-00200227 | Collection | Sacramento Superior<br>Court<br>720 9th Street<br>Sacramento, CA 95814 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **2**

2/07/18 5:09PM

| Debtor | Axis Energy Partners, LLC | | Case number *(if known)* | |

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Karlin Howe Hurley, LLC v. Axis Energy Partners, LLC 34-2016-00200374 | Breach of Contract | Sacramento Superior Court 720 Ninth Street Sacramento, CA 95814 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | USA Management Systems Inc. v. Debtor 17SC01411 | small claims, breach of contract | Sacramento Superior Court 720 Ninth Street Sacramento, CA 95814 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | EBF Partners LLC v. Axis Energy Partners, LLC dba Axis LED; Kevin A. Terry 34-2017-0223884 | State of New York judgment domesticated in California December 15, 2017 | Sacramento Superior Court 720 Ninth Street Sacramento, CA 95814 | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Charity Golf International | | 2/23/16 | $650.00 |
| **Recipients relationship to debtor** none | | | |
| 9.2. Our Lady of Assumptiion | | 3/2/16 | $5,000.00 |
| **Recipients relationship to debtor** none | | | |
| 9.3. Charity Golf International | | 4/27/16 | $3,500.00 |
| **Recipients relationship to debtor** none | | | |
| 9.4. Charity Golf International | | 5/5/16 | $1,000.00 |
| **Recipients relationship to debtor** none | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

2/07/18 5:09PM

Debtor  Axis Energy Partners, LLC                    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | Mikuni Charitable Foundation | | 6/6/16 | $1,500.00 |
| | **Recipients relationship to debtor** none | | | |
| 9.6. | SPOA 1849 Foundation | | 11/30/16 | $500.00 |
| | **Recipients relationship to debtor** none | | | |
| 9.7. | LLS E Fundraising | | 11/30/16 | $100.00 |
| | **Recipients relationship to debtor** none | | | |
| 9.8. | Our Lady of Assumption | | 4/5/17 | $500.00 |
| | **Recipients relationship to debtor** none | | | |
| 9.9. | Charity Golf International | | 6/26/17 | $250.00 |
| | **Recipients relationship to debtor** none | | | |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

2/07/18 5:09PM

Debtor  Axis Energy Partners, LLC       Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Reynolds Law Corporation<br>424 Second Street, Suite A<br>Davis, CA 95616 | | October 12, 2017 | $34,784.59 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Capital Investments & Loan Inc. | | | |
| 11.2. | Law Offices of Gabriel Liberman<br>2033 Howe Avenue, Ste. 140<br>Sacramento, CA 95825 | | 6/14/17 | $2,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

#### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

#### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | California State Board of Equalization Special Operations Bankruptcy Team MIC 7<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 | Account No. SRKH102-203789 Levies from California Bank & Trust Acct. XXXX083 | 9/18/17, 10/2/17, 10/17/17, 10/23/17, 11/6/17, 11/21/17 | $15,713.94 |
| | **Relationship to debtor**<br>none | | | |

| Part 7: | Previous Locations |
|---|---|

#### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC                    Case number (if known) _____

☐ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

14.1.   3604 Fair Oaks Blvd
        Suite 120
        Sacramento, CA 95864

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

  ☑ No Go to Part 10.
  ☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|----------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|------------------------|

---

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC            Case number *(if known)*

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| 500 Richards Blvd. 500 Richards Blvd Sacramento, CA 95811 | Kevin Terry | Inventory, office furniture. | ☐ No ■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC _____    Case number *(if known)* _____

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Bob Mitts<br>Fitzpatrick & Casimiro CPAs<br>3600 American River Drive<br>Ste. 210<br>Sacramento, CA 95864 | |
| 26a.2. | Lori Jimenez, Axis Energy Partners<br>3604 Fair Oaks Blvd. Ste. 120<br>Sacramento, CA 95864 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Golden Pacific Bank NA<br>980 Ninth Street<br>Sacramento, CA 95814 |
| 26d.2. | ESBF California<br>4055 NW 97th Avenue, 1st Floor<br>Miami, FL 33178 |
| 26d.3. | Lendini<br>884 Town Center Drive<br>Langhorne, PA 19047 |
| 26d.4. | On Deck Capital<br>901 N Stuart Street<br>Ste. 700<br>Attn: Director or Operation<br>Arlington, VA 22203 |
| 26d.5. | TVT Capital LLC |
| 26d.6. | Yellowstone Capital<br>160 Pearl Street, 5th floor<br>New York, NY 10005 |

2/07/18 5:09PM

Debtor    Axis Energy Partners, LLC                              Case number *(if known)* _____

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

2/07/18 5:09PM

Debtor   Axis Energy Partners, LLC                              Case number *(if known)*  _____

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 7, 2018

/s/ Kevin Terry                                          Kevin Terry
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   CFO

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

2/07/18  5:09PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   Axis Energy Partners, LLC
_____
                                    Debtor(s)

Case No. _____
Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

☑ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 34,784.59 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 350.00 |
| [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. | | |

2.  $  __1,717.00__  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify):      Capital Investments & Loans, Inc.
                                          1731 Howe Avenue, Ste. 652
                                          Sacramento, CA  95815

4.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning;
      preparation and filing of reaffirmation agreements and applications as needed; draft
      Chapter 11 Plan; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for
      avoidance of liens on household goods.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtors in any dischargeability actions, judicial lien avoidances,
      relief from stay actions or any other adversary proceeding.

2/07/18  5:09PM

In re   Axis Energy Partners, LLC                     Case No. _____
                        Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**
(Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February  7, 2018                         /s/ Stephen M. Reynolds
*Date*                                    Stephen M. Reynolds
                                          *Signature of Attorney*
                                          Reynolds Law Corporation
                                          424 Second Street
                                          Suite A
                                          Davis, CA 95616

                                          *Name of law firm*

2/07/18 5:09PM

# United States Bankruptcy Court
## Eastern District of California

In re    Axis Energy Partners, LLC

                        Debtor(s)          Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fifth & Richards Investment Group<br>1731 Howe Ave #652<br>Sacramento, CA 95825 | 37.98% | | |
| George Brown<br>3559 Blue Lake Circle<br>Stockton, CA 95219 | 8.24 | | |
| Kevin Terry<br>1731 Howe Ave<br>Ste 652<br>Sacramento, CA 95825 | 45.56% | | |
| Valley Pharmacy II DC Pension Plan<br>PO Box 160693<br>Sacramento, CA 95816 | 8.22% | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 7, 2018           Signature   /s/ Kevin Terry

                                                  Kevin Terry

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re                                          )
     Axis Energy Partners, LLC                 )
                                              )
                                              )          Case No.
                                              )
                         Debtor(s).            )
     _____          )

## VERIFICATION OF MASTER ADDRESS LIST

       I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

       I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

       I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    February 7, 2018                    /s/ Kevin Terry
                                              Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Modesto Division**
**Mailing Address:**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Physical Address:**
**1200 I Street, Suite 4**
**Modesto, CA 95354**

**Fresno Division**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721**

EDC 2-100   (Rev. 7/15/14)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Uline Shipping Supply Specialists
P.O. Box 88741
Chicago, IL 60680-1741


Altech Electronics c/o Interstate Capita
P.O. Box 915183
Dallas, TX 75391


Andrew Kim
3131 Eastside Street #350
Houston, TX 77098


Apex Pest Control
4541 Harlin Drive
Sacramento, CA 95826


ASSN Company, as Rep


ATG Electronics Corporation
10700 7th Street
Rancho Cucamonga, CA 91730


Bay Alarm Systems
3475 Orange Grove Avenue
North Highlands, CA 95660


Best Lighting Products
1213 Etna Parkway
Pataskala, OH 43062


Blue Book Building Network c/o McCarthy
26000 Cannon Road
Bedford, OH 44146


Calif Dept of Tax and Fee Administration
Special Ops Bankruptcy Team MIC:74
PO Box 8192
Pleasanton, CA 94588-8792


California Bank & Trust
11622 El Camino Real, Ste. 200
San Diego, CA 92130

Capital Investments and Loans Inc.
1731 Howe Avenue Suite 652
Sacramento, CA 95825


CH Lighting SH Corp Limited
N06045 Hutai Road
Shanghai, China


Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601


Comcast Voice Edge
PO Box 37601
Philadelphia, PA 19101-0601


Commerce Technologies Inc.
25736 Network Place
Chicago, IL 60673-1257


Corp Counsel Funding Metrics dba Lendini
884 Town Center Drive
Langhorne, PA 19047


Credit Safe
P.O. Box 789985
Philadelphia, PA 19178-9985


CT Lien Solutions
P.O. Box 301133
Dallas, TX 75303


David Wiseblood
Law Offices of David Wiseblood
601 Montgomery, Suite 2000
San Francisco, CA 94111


EBF Partners, LLC
5 West 37th Street
2nd Floor
New York, NY 10018


Employment Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215

Envision Development Services, Inc.
1731 Howe Avenue, Suite 652
Sacramento, CA 95825

ESBF California
4055 NW 97th Avenue, 1st Floor
Miami, FL 33178

Eway LED
Bldg. D, 6th floor, Technology Park II
399 Hongmen, JiHua Road, Banktian
Longang District, Shenzhen, China, 51812

Fanlight Corp. Inc. dba Plusrite USA
2000 Southgrove Ave.
Bldg. B
Ontario, CA 91761

Federal Express
P.O. Box 7321
Pasadena, CA 91109-7321

Fifth and Richards Investor Group LLC
1731 Howe Avenue
Ste. 652
Sacramento, CA 95825

Flemmer, Warren & Maritta
121 Comer Drive
Lawrenceburg, TN 38464

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511

Funding Metrics, LLC (Lendini)
884 Town Center Drive
Langhorne, PA 19047

George & Carol Brown
35559 Blue Lake Circle
Stockton, CA 95219

GLL USA
206 E. Jericho Turnpike
Mineola, NY 11501


Golden Pacific Bank
980 9th Street
Sacramento, CA 95814


Golden Pacific Bank NA
980 9th Street
Suite 100
Sacramento, CA 95814


HealthSmart Benefit Group
10303 E. Dry Creek Road, #200
Englewood, CO 80112


Hue & Cry Inc.
6009 Auburn Blvd., Suite 100
Citrus Heights, CA 95621


I-Business Network LLC
2617 Sandy Plains Road, Suite B
Marietta, GA 30066


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


iQventures, LLC
278 North 5th Street
Columbus, OH 43215


IR-TEC America, Inc.
590 W. Central Avenue, Suite C
Brea, CA 92821


Karlin Howe Hurley
700 University Avenue, Suite 100
Sacramento, CA 95825

Karlin Howe Hurley, LLC
c/o Essex Realty Management, Inc.
1111 Howe Avenue, Ste. 550
Sacramento, CA 95825


Kevin Terry
1731 Howe Ave
Ste 652
Sacramento, CA 95825


Kevin Terry
1731 Howe Ave
Ste. 652
Sacramento, CA 95825


Kevin Terry
1731 Howe
Ste 652
Sacramento, CA 95825


LA Commerical
c/o Jessica Lemoine
Attorney at Law
PO Box 251450
Glendale, CA 91225


Madsen Roofing & Waterproofing Inc.
P.O. Box 227730
5960 Bradshaw Road
Sacramento, CA 95827


Manassero Insurance Profit Sharing Plan
PO Box 575
Sutter Creek, CA 95685


Margarette Laargoue
5691 Stoney Point Road
Cotati, CA 94931


MIQ Logistics
100 Produce Avenue, Suite B
South San Francisco, CA 94080


Nebulite Technology Inc.
13905 Magnolia Avenue
Chino, CA 91710

New Earth Lighting
20101 S. Santa Fe Avenue
Rancho Dominguez, CA 90221


On Deck Capital
901 N Stuart Street
Ste. 700
Attn: Director or Operation
Arlington, VA 22203


On Deck Capital, Inc.
c/o Gurstel Law Firm P.C.
1275 E Fort Union Blvd Ste. 116
Midvale, UT 84047


On Deck Capital, Inc.
1400 BROADWAY
25TH FLOOR
New York, NY 10018


Paychecx
P.O. Box 4482
Carol Stream, IL 60197-4482


Paychex Inc.
1175 John Street
West Henrietta, NY 14586


PayPal Credit
PayPal Working Capital
Attn: Executive Escalation
PO Box 5018
Timonium, MD 21094


Phyllis Lowe, Trustee
1407 Pierce Court
Placerville, CA 95667


Rexmoore
6001 Outfall Circle
Sacramento, CA 95828


Robert Ruport, Trustee
524 Woodside Drive
Woodland, CA 95695

Salesforce
PO Box 203141
Dallas, TX 75320-3141

SAP/Sapphire Systems, Inc.
405 Lexington Avenue, 46th Floor
Chrysler Building
New York, NY 10174

Sig-1 Inc.
6317 Elvas Avenue
Sacramento, CA 95819

Simplus Corp.
9350 South 150 E., Suite 220
Sandy, UT 84070

Smud
P.O. Box 15555
Sacramento, CA 95852-1830

True Commerce
P.O. Box 6199
Minneapolis, MN 55485-6199

TVT Capital LLC

TVT Capital LLC c/o RTR Recovery LLC
122 E. 42nd Street, Suite 2112
New York, NY 10168

TW Lighting

UL LLC
75 Remittance Drive, Suite 1524
Chicago, IL 60675

UPS
P.O. Box 894820
Los Angeles, CA 90189-4820

USA Management Services, Inc.
PO Box 2772
Lodi, CA 95241


USA Management Systems, Inc.
927 Black Diamond Way
Lodi, CA 95240


Valley Pharmacy Money Purchase Plan
8605 Woodrock Way
Granite Bay, CA 95746


Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065


Wilco Source, LLC


Wilco Source, LLC
963 Transport Way
Ste 7
Petaluma, CA 94954


Wilson Xiong Claims & Legal Dept
Shenzen Branch, China Export & Credit In
34/F, Avic Center, No 1018 Huafu Rd
Futian District, Shenzhen,
PR China 51803-1000


Yellowstone Capital
160 Pearl Street, 5th floor
New York, NY 10005


YRC Freight
P.O. Box 100129
Pasadena, CA 91189


Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1031

# United States Bankruptcy Court
## Eastern District of California

In re   Axis Energy Partners, LLC

                                                    Case No.
                                  Debtor(s)         Chapter        11


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Axis Energy Partners, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


February  7, 2018

Date

                        /s/ Stephen M. Reynolds
                        Stephen M. Reynolds
                        **Signature of Attorney or Litigant**
                        **Counsel for**  Axis Energy Partners, LLC
                        Reynolds Law Corporation
                        424 Second Street
                        Suite A
                        Davis, CA 95616

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kevin Terry, declare under penalty of perjury that I am the managing member of Axis Energy Partners, LLC:

AWhereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it therefore resolved, that Kevin Terry,  is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Limited Liability Company; and

Be it further resolved, that Kevin Terry, Managing Member, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be it further resolved, that Kevin Terry, is authorized and directed to employ Stephen M. Reynolds, of Reynolds Law Corporation to represent the Limited Liability Company in such bankruptcy case.

Dated:                                                          By:

                                                    Kevin Terry
                                                    Managing Member, Axis Energy Partners, LLC