LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
601 Montgomery, Suite 2000
San Francisco, California 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
GOLDEN PACIFIC BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>　Axis Energy Partners, LLC<br><br><br><br>　　　　　　Debtor. | Case No. 18-20689<br><br>GOLDEN PACIFIC BANK'S NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: September 25, 2018<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 32<br>Judge: Christopher D. Jaime<br><br><br>DCN—DMW-1 |

　　　PLEASE TAKE NOTICE that creditor Golden Pacific Bank has filed an served a motion entitled "Motion for Entry of Order Approving Stipulation for Relief from the Automatic Stay" ("Motion"). By the Motion, the Bank seeks approval of a Stipulation for Relief from Stay with Geoffrey Richards, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Axis Energy Partners, LLC ("Debtor"). Pursuant to that Stipulation, if approved by the Court, the Bank will be granted relief from the automatic stay to take possession of and dispose of the Debtor's

1  inventory, pledged as collateral for a defaulted secured loan in the original amount of
2  $2,900,000, and to try to collect the Debtor's accounts receivable, also pledged as collateral for
3  that loan. The Stipulation, if approved, provides further that the collateral will be abandoned as
4  property of the estate.

5  The Motion is to be heard on September 25, 2018 at 9:30 a.m., in Department B, the
6  courtroom of the Honorable Judge Christopher D. Jaime, located at 501 I Street, Sacramento,
7  California.

8  The Motion is based on this Notice, the Motion, the accompanying Declaration, exhibits,
9  proposed order, and on the papers on file in this case, and on any arguments or evidence that may
10  be presented at the time of the hearing.

11  YOUR RIGHTS MAY BE AFFECTED. You should read this Notice carefully and
12  discuss it with counsel if you have counsel, and if not, you may wish to consult one.

13  PLEASE TAKE FURTHER NOTICE that, because this Motion is being set on 14 days'
14  notice, pursuant to Local Rule 9014-1(f)(2)(C), opposition, if any, shall be presented at the
15  hearing on the motion. If opposition is presented, or if there is other good cause, the Court may
16  continue the hearing to permit the filing of evidence and briefs.

Respectfully submitted,

LAW OFFICES OF DAVID M. WISEBLOOD

Dated: September 6, 2018    By    /s/
David M. Wiseblood
Attorneys for Creditor
GOLDEN PACIFIC BANK

---

Notice of Hearing on Motion for Entry of Order Approving Stipulation    Case No. 18-20689

2