1 LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
2 601 Montgomery, Suite 2000
San Francisco, California 94111
3 Telephone: (415) 547-2700
Facsimile: (415) 547-2701
4 E-Mail: dwiseblood@wisebloodlaw.com

5 Attorneys for Creditor
GOLDEN PACIFIC BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In Re: | Case No. 18-20689 |
|---|---|
| Axis Energy Partners, LLC | GOLDEN PACIFIC BANK'S EXHIBIT APPENDIX IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY |
| Debtor. | Date: September 25, 2018<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 32<br>Judge: Christopher D. Jaime |
| | DCN—DMW-1 |

     Pursuant to Local Rule 9004-2(d), there are two exhibits filed as separate documents to support the above-entitled Motion. Those exhibits are, the underlying Stipulation for Relief from Stay between the Bank and Geoffrey Richards, the Chapter 7 Trustee for the bankruptcy estate of the debtor, Axis Energy Partners, LLC, and a conformed copy of the Bank's UCC-1 Financing Statement, for which the Bank requests judicial notice pursuant to Rule 201 of the Federal Rules

of Evidence, made applicable pursuant to Rule 9017 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

LAW OFFICES OF DAVID M. WISEBLOOD

Dated: September 6, 2018　　By ____/s/_____

David M. Wiseblood
Attorneys for Creditor
GOLDEN PACIFIC BANK