LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
601 Montgomery, Suite 2000
San Francisco, California 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
GOLDEN PACIFIC BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Axis Energy Partners, LLC<br><br><br>Debtor. | Case No. 18-20689<br><br>GOLDEN PACIFIC BANK'S EXHIBITS TO EXHIBIT APPENDIX IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: September 25, 2018<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 32<br>Judge: Christopher D. Jaime<br><br>DCN—DMW-1 |

Exhibits to Exhibit Appendix ISO Motion                    Case No. 18-20689

# INDEX

| EXHIBIT | DOCUMENT | PAGE |
|---------|----------|------|
| 1 | Stipulation to Entry of Order for Relief from the Automatic Stay | 2 |
| 2 | UCC-1 Financing Statement | 6 |

# EXHIBIT 1

LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
601 Montgomery, Suite 2000
San Francisco, California 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
GOLDEN PACIFIC BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Axis Energy Partners, LLC<br><br>Debtor. | Case No. 18-20689<br><br>STIPULATION TO ENTRY OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY [LR 9019-1]<br><br>DCN: DMW-1 |

      The parties to the above-entitled stipulation are, creditor, Golden Pacific Bank ("Bank"), and Geoffrey Richards, Chapter 7 trustee ("Trustee") for the bankruptcy estate of debtor Axis Energy Partners, LLC ("Debtor"). This Stipulation is made with reference to the following:

      **RECITALS**

      A.    The Bank contends that on or about January 25, 2016, pursuant to the United States Small Business Administration loan program, it provided the Debtor and an affiliate, Fifth & Richards Investment Group, LLC a loan in the original amount of $2,900,000 (the "Loan").

B. The Bank contends that to partially secure the Loan, the Debtor granted the Bank a security interest in the Debtor's inventory, generally consisting of LED components, and accounts receivable ("Collateral"), which constitute property of the estate.

C. The Bank contends that it properly perfected its security interest in the Collateral pre-petition, by causing to be filed a UCC-1 financing statement describing that personal property.

D. The Debtor filed a voluntary petition for relief under Chapter 11 on February 8, 2018. The Debtor moved to convert this case to a Chapter 7 case, and the Court converted this case to a Chapter 7 case by order entered on May 30, 2018. The Trustee was duly appointed and has acted as the Chapter 7 trustee thereafter.

E. The Bank obtained an appraisal for the Debtor's inventory which the Bank shared with the Trustee. The appraised value of the inventory is less than $30,000. Further, the Trustee has concluded that the Debtor's accounts receivable cannot be administered in a cost-effective manner likely to generate meaningful net proceeds for the Estate and its unsecured creditors.

F. The Bank represents that the Loan is in default and that it has a present balance of approximately $2,700,000.

G. The Trustee believes that the Collateral has no net realizable value to the estate.

H. The Trustee and the Bank have agreed, subject to approval of the Court, to stipulate to relief from stay in favor of the Bank to permit it to exercise its rights and remedies as a secured creditor with respect to the Debtor's Collateral.

### AGREEMENTS

In consideration of the foregoing covenants, the Bank and the Trustee agree as follows:

1. The Recitals are true and correct.

2. The Trustee agrees that the Court can enter an order approving this Stipulation.

3. The Bank agrees to move under applicable law for such an order, and for an order compelling abandonment of the Collateral.

4. Promptly following and assuming Court approval of this Stipulation, the Bank including its agents and assigns, will be relieved of and from the automatic stay of 11 U.S.C.

section 362(a) to exercise all rights and remedies of a personal property secured creditor with respect to the Collateral in accordance with applicable non-bankruptcy law. Such relief includes, without limitation, relief from stay to take possession of and liquidate inventory and to demand payment from the Debtor's accounts receivable debtors and otherwise to pursue such assets in accordance with applicable non-bankruptcy law.

5. Nothing in this Stipulation shall operate as a waiver of any of the Trustee's rights and remedies including, without limitation, to object to the Bank's claim, and challenge its asserted security interest.

Respectfully submitted,

LAW OFFICES OF DAVID M. WISEBLOOD

Dated: August 28, 2018    By _____
David M. Wiseblood
Attorneys for Creditor
GOLDEN PACIFIC BANK

_____
GEOFFREY RICHARDS

APPROVED AS TO FORM:

HEFNER, STARK & MAROIS, LLP

Dated: August 28, 2018    By _____
Aaron A. Avery
Attorneys for Chapter 7 Trustee
GEOFFREY RICHARDS

# EXHIBIT 2

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: 916-414-0662 Fax: 530-790-7430

B. E-MAIL CONTACT AT FILER (optional)
dpetersen@goldenpacificbank.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

8159 - GOLD COUNTRY
52311303
CALI

Golden Pacific Bank, NA
980 9th Street Ste. 100
Sacramento, CA 95814

File with: Secretary of State, CA

**CT Lien Solutions**
Representation of filing

**This filing is Completed**
File Number : 167506824221
File Date : 29-Jan-2016

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AXIS ENERGY PARTNERS, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 3604 FAIR OAKS BLVD. #140 | SACRAMENTO | CA / 95864 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIFTH AND RICHARDS INVESTOR GROUP LLC | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 3604 FAIR OAKS BLVD. #140 | SACRAMENTO | CA / 95864 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Golden Pacific Bank, NA | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 980 9TH ST. STE. 100 | SACRAMENTO | CA / 95814 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Instruments and Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
52311303        31        999

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 53135100002
FILING NUMBER: 16-7506824221
FILING DATE: 01/29/2016 11:07

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | AXIS ENERGY PARTNERS, LLC |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |
| 1c. MAILING ADDRESS | 3604 FAIR OAKS BLVD. #140 |
| CITY | SACRAMENTO |
| STATE | CA |
| POSTAL CODE | 95864 |
| COUNTRY | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | FIFTH AND RICHARDS INVESTOR GROUP LLC |
| 2c. MAILING ADDRESS | 3604 FAIR OAKS BLVD. #140 |
| CITY | SACRAMENTO |
| STATE | CA |
| POSTAL CODE | 95864 |
| COUNTRY | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | Golden Pacific Bank, NA |
| 3c. MAILING ADDRESS | 980 9TH ST. STE. 100 |
| CITY | SACRAMENTO |
| STATE | CA |
| POSTAL CODE | 95814 |
| COUNTRY | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Instruments and Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-52311303-51047995

FILING OFFICE COPY