LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
601 Montgomery, Suite 2000
San Francisco, California 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
GOLDEN PACIFIC BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Axis Energy Partners, LLC<br><br><br><br>Debtor. | Case No. 18-20689<br><br>DECLARATION OF DAVID M. WISEBLOOD IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: September 25, 2018<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 32<br>Judge: Christopher D. Jaime<br><br>DCN—DMW-1 |

I, David M. Wiseblood, declare:

1. I am counsel to creditor and moving party Golden Pacific Bank ("Bank"). I have personal knowledge of the following facts. I submit this Declaration to explain how the underlying moving papers were served in this case.

2. My office served the underlying motion and supporting papers on the following parties: the Chapter 7 trustee; the debtor, Axis Energy Partners, LLC (including via electronic

1. service on its counsel Stephen Reynolds); the United States Trustee; the creditors listed on the Debtor's list of creditors who have the 20 largest unsecured claims and are not insiders; the creditors who have unsecured priority claims listed on Schedule E/F; and the creditors who filed Proofs of Claims in this case claiming existing or potential secured creditor or owner status with respect to the inventory and accounts receivable that are the subject of the Bank's stipulation with Geoffrey Richards, the Chapter 7 trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 6, 2018 in San Francisco, California.

_____
David M. Wiseblood