LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
601 Montgomery, Suite 2000
San Francisco, California 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
GOLDEN PACIFIC BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>  Axis Energy Partners, LLC<br><br><br>                    Debtor. | Case No. 18-20689<br><br>**CERTIFICATE OF SERVICE** |

I declare that I am over the age of 18 years and not a party to the within action. I am employed in the City and County of San Francisco and my business address is 601 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On September 6, 2018 I served the following documents:

**GOLDEN PACIFIC BANK'S NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**

---

CERTIFICATE OF SERVICE                                                                 Case No. 18-20689

1

|  |  |
|---|---|
| 1 | **GOLDEN PACIFIC BANK'S NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 2 | |
| 3 | **GOLDEN PACIFIC BANK'S EXHIBIT APPENDIX IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 4 | |
| 5 | **GOLDEN PACIFIC BANK'S EXHIBITS TO EXHIBIT APPENDIX IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 6 | |
| 7 | **DECLARATION OF DAVID M. WISEBLOOD IN SUPPORT OF MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 8 | |
| 9 | **[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 10 | |

upon the following interested parties by placing copies of the document(s) into envelopes, sealed and addressed as indicated, and with postage fully prepaid thereon, in the United States mail at San Francisco, California.  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service:

<u>DEBTOR AND CHAPTER 7 TRUSTEE</u>:

Axis Energy Partners, LLC
3604 Fair Oaks Blvd., #120
Sacramento, CA  95864

Geoffrey Richards, Trustee
P.O. Box 579
Orinda, CA  94563

<u>PARTIES LISTED ON LIST OF CREDITORS WITH 20 LARGEST UNSECURED CLAIMS, ON SCHEDULE E/F, AND ON CLAIMS REGISTER</u>:

ATG Electronics Corporation
10700 7th Street
Rancho Cucamonga, CA  91730

Bay Alarm Systems
3475 Orange Grove Avenue
North Highlands, CA  95660

| | |
|---|---|
| 1 | Best Lighting Products |
| 2 | 1213 Etna Parkway<br>Pataskala, OH  43062 |
| 3 | |
| 4 | Best Lighting Products<br>1213 Etna Parkway |
| 5 | Elna, Ohio  43062 |
| 6 | Capital Investments and Loans, Inc.<br>1731 Howe Avenue |
| 7 | Suite 652<br>Sacramento, CA  95825 |
| 8 | |
| 9 | CH Lighting SH Corp Limited<br>N06045 Hutai Road |
| 10 | Shanghai, China |
| 11 | EBF Partners, LLC<br>5 West 37th Street, 2nd Floor |
| 12 | New York, NY  10018 |
| 13 | ESBF California, LLC |
| 14 | 8200 NW 52nd Terr., 2nd Floor<br>Doral, FL  33166 |
| 15 | |
| 16 | Employment Development Department<br>Bankruptcy Group MIC 92E |
| 17 | P.O. Box 826880<br>Sacramento, CA  95814 |
| 18 | Envision Development Services, Inc. |
| 19 | 1731 Howe Ave., Ste. 652<br>Sacramento, CA  95825 |
| 20 | |
| 21 | GLL, USA<br>206 E. Jericho Turnpike |
| 22 | Meneola, NY  11501 |
| 23 | Federal Express<br>P.O. Box 7321 |
| 24 | Pasadena, CA  91109-7321 |
| 25 | Franchise Tax Board |
| 26 | P.O. Box 942857<br>Sacramento, CA  94257-0511 |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE                                                    Case No. 18-20689

3

| | |
|---|---|
| 1 | Franchise Tax Board |
| 2 | Bankruptcy Section MSA 340 |
|   | P.O. Box 2952 |
| 3 | Sacramento, CA  95812-2952 |
| 4 | Funding Metrics, LLC (Lendini) |
|   | 884 Town Center Drive |
| 5 | Langhorne, PA  19047 |
| 6 | |
|   | iQventures, LLC |
| 7 | 278 North 5th Street |
|   | Columbus, OH  43215 |
| 8 | |
|   | Karlin, Howe, Hurley |
| 9 | 700 University Avenue, Suite 100 |
|   | Sacramento, CA  95825 |
| 10 | |
| 11 | Karlin, Howe, Hurley, LLC |
|    | c/o Essex Realty Management, Inc. |
| 12 | 1111 Howe Avenue, Ste. 550 |
|    | Sacramento, CA  95825 |
| 13 | |
|    | Madsen Roofing Waterproofing, Inc. |
| 14 | P.O. Box 227730 |
|    | 5960 Bradshaw Road |
| 15 | Sacramento, CA  95827 |
| 16 | |
|    | Office of the United States Trustee |
| 17 | 501 I Street, Suite 7-500 |
|    | Sacramento, CA  95814 |
| 18 | |
| 19 | On Deck Capital, Inc. |
|    | c/o Gurstel Law Firm, P.C. |
| 20 | 1275 E. Fort Union Blvd. |
|    | Ste. 116 |
| 21 | Midvale, UT  84047 |
| 22 | |
|    | On Deck Capital, Inc. |
| 23 | c/o Gurstel Law Firm, P.C. |
|    | 101 Colfax Ave., 10th Floor |
| 24 | Denver, CO  80202 |
| 25 | |
|    | PayPal Credit |
| 26 | PayPal Working Capital |
|    | Attn:  Executive Escalation |
| 27 | P.O. Box 5018 |
|    | Timonium, MD  21094 |
| 28 | |

CERTIFICATE OF SERVICE        Case No. 18-20689

4

1    Sacramento Municipal Utility District
2    6301 S. Street
     Sacramento, CA 95817

3

4    Shenzhen Eway Technology Co., Ltd.
     Brown & Joseph, Ltd. c/o Don Leviton
5    P.O. Box 59838
     Schaumburg, IL 60159

6

7    TVT Capital, LLC
     122 E. 42nd Street
     Ste. 2112
8    New York, NY 10168

9    UPS
     P.O. Box 894820
10   Los Angeles, CA 90189-4820

11

12   Wilco Source, LLC
     4677 Old Ironsides Drive, Ste. 440
     Santa Clara, CA 95054
13

14   Yellowstone Capital
     160 Pearl Street, 5th Floor
15   New York, NY 10005

16   Yellowstone Capital
     One Evertrust Playa
17   14th Floor
     Jersey City, NJ 07302
18

19   and automatically upon the following interested parties through the CM/ECF filing system, at the
20   addresses listed below, at the time the documents were filed with the Court:

21   Aaron A. Avery, Esq.
22   2150 River Plaza Dr. #450
     Sacramento, CA 95833 (Attorney for Chapter 7 Trustee)
23

24   Tracy Hope Davis c/o Edmund Gee
     U.S. Trustee

25

26   Stephen M. Reynolds, Esq.
     424 2nd St., #A
     Davis, CA 95616 (Attorney for Debtor)
27

28

CERTIFICATE OF SERVICE                                                   Case No. 18-20689

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed September 6, 2018 at San Francisco, California.

                                               /s/ Heather McHugh
                                               Heather McHugh

CERTIFICATE OF SERVICE                 Case No. 18-20689