Case 18-20689

Creditor is Capital Investments & Loans Inc.

Claim #29

Filed 02/19/19

Reason for Withdrawl:  This was entered in correctly.  We are re-entering corrected claim.